UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARINA CONERLY,

          Plaintiff,

     v.

KARA UEDA and GREGORY DWYER,

          Defendants.

No. 2:25-cv-2312 DJC AC (PS)

ORDER

The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On December 30, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 19. Plaintiff has filed objections to the findings and recommendations. ECF No. 20

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed December 30, 2026 are adopted in full; and

2.  That the motion to dismiss at ECF No. 14 is GRANTED; and

3.  That this case is DISMISSED in its entirety for lack of jurisdiction, and the case is closed.

IT IS SO ORDERED.

Dated:   **February 13, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2